# Court of Appeals
# of the State of Georgia

ATLANTA,  October 25, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0111.  JAMES TIMOTHY PARKER v. JOBETH JONES.**

On September 25, 2018, James Timothy Parker filed an application seeking discretionary review of the trial court's August 24, 2018 order awarding $10,101.61 in attorney fees under OCGA § 19-6-15 (k) (5) and $7,753.30 in attorney fees under OCGA § 9-15-14 (b).  We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989); see also *In the Interest of B. R. F.*, 338 Ga. App. 762, 762 (791 SE2d 859) (2016) (filing deadline for discretionary applications "is jurisdictional, and this court is unable to accept an untimely application").  Here, Parker filed his application 32 days after entry of the order he seeks to appeal.  Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/25/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.